

# Fourth Court of Appeals
## San Antonio, Texas

September 22, 2020

No. 04-20-00426-CV

**IN THE INTEREST D.A., JR., DECEASED**

From the 229th Judicial District Court, Jim Hogg County, Texas
Trial Court No. CC-18-70
Honorable Baldemar Garza, Judge Presiding

## O R D E R

The court reporter filed a notification of late record, stating the reporter's record has not been filed because appellant has not paid the reporter's fee for preparing and filing the record. On September 18, 2020, appellant filed a Statement of Inability to Afford Payment of Court Costs. The Statement and accompanying affidavit assert appellant has paid some of the costs of this appeal, but is unable to afford payment of the reporter's fee.

We **order** the clerk of this court to send a copy of appellant's Statement of Inability to Afford Payment of Court Costs and Affidavit together with this order to the parties, the trial court clerk, the court reporter, and the trial court.

If a party or the court reporter seeks to require appellant to pay the costs to prepare the reporter's record, we **order** they must file a motion in accordance with Texas Rule of Civil Procedure 145(f)(1) or (3). **The motion must be filed in the trial court and a copy must be filed with this court not later than September 28, 2020**. If a complying motion is not filed by the date ordered, the court reporter will be required to prepare and file the record without payment of the costs.

If a Rule 145(f) motion is timely filed, we **order** the trial court to immediately set and give ten days' notice of an oral hearing on the motion. *See* TEX. R. CIV. P. 145(f)(5). If the trial court orders appellant to pay any part of the costs, the court must make detailed findings that appellant can afford to pay them. *See id.* 145(f)(6). Any hearing must be held not later than **October 22, 2020**, and a supplemental record containing the court's order and any findings must be filed in this court within three days of the hearing.

_Luz Elena D. Chapa, Justice_

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of September, 2020.



Michael A. Cruz,
Clerk of Court